1099 NEW YORK AVENUE, NW SUITE 900 WASHINGTON, DC 20001-4412                    JENNER&BLOCK LLP

July 14, 2017

Matthew E. Price
Tel +1 202 639 6873
MPrice@jenner.com

Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Coalition For Competitive Electricity et al v. Rhodes*, No. 1:16-cv-08164-VEC

Dear Judge Caproni:

    Pursuant to Rule 1(A) of this Court's Individual Practices in Civil Cases, Intervenors Constellation Energy Nuclear Group, LLC, Exelon Corporation, R.E. Ginna Nuclear Power Plant, LLC, and Nine Mile Point Nuclear Station, LLC (collectively, "Intervenors") write to inform the Court of today's decision by the Northern District of Illinois dismissing the complaints with prejudice in *Village of Old Mill Creek v. Star*, No. 17-cv-1163, and *Electric Power Supply Association v. Star*, No. 17-cv-1164. The complaints in those cases, like the Complaint in this case, raised preemption and Commerce Clause claims concerning a Zero Emissions Credit program (enacted in Illinois) that provides credits to qualifying nuclear facilities.

    A copy of the district court's order is attached for the Court's convenience.

                                                Respectfully submitted,

                                                /s/ Matthew E. Price

                                                Matthew E. Price
                                                JENNER & BLOCK LLP
                                                1099 New York Ave. NW Suite 900
                                                Washington, DC 20001
                                                (202) 639-6873
                                                mprice@jenner.com

cc: All counsel of record via CM/ECF.